# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) REBECCA TOWERY-CAMPBELL, )
(2) EMMA TOWERY, a minor )
)
    Plaintiffs, )
vs. ) Case No.
)
(1) UNITED STATES OF AMERICA, )
(2) U.S. DEPARTMENT OF HEALTH )
    AND HUMAN SERVICES, )
(3) INDIAN HEALTH SERVICES, )
(4) CHICKASAW NATION HEALTH )
    SYSTEMS, )
(5) CARL ALBERT INDIAN HEALTH )
    FACILITY, )
(6) BRENT WOODFIELD, M.D., )
) <u>Jury Trial Demanded</u>
)
    Defendants. )

## **COMPLAINT FOR DAMAGES (MEDICAL NEGLIGENCE)**

1. This Court has jurisdiction pursuant to Title 28, Sections 2401 (b) and 2674, in that the federal government is a party and the amount in controversy exceeds SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

2. Plaintiff REBECCA TOWERY-CAMPBELL is a citizen of the United States and citizen of the State of Nevada.

3. Plaintiff EMMA TOWERY is a citizen of the United States and a citizen of the State of Nevada.

4. Defendants 1-5 are all part of the federal government of United States of America.

5. Defendant Brent Woodfield, M.D. is a citizen of the State of Oklahoma.

6. The negligence and injury occurred in the Western District of Oklahoma.

7.     On or about the 27th day of May 1997, REBECCA TOWERY-CAMPBELL suffered a uterine rupture and EMMA TOWERY was injured during birth causing plaintiffs permanent serious injuries.  The Defendants were negligent in failing to monitor mother and avoid uterine rupture, failed to monitor child and fetal monitor strips, failed to perform timely cesarean section, failed to provide intervention, failed to provide proper medical and nursing treatment, which resulted in injury to the Plaintiffs.

8.     REBECCA TOWERY-CAMPBELL is the natural mother of EMMA TOWERY and is the proper party to bring this action on behalf of her child, and as a result of Defendants' negligence has suffered an ongoing loss of consortium and services because of EMMA TOWERY'S injuries, and REBECCA TOWERY-CAMPBELL suffered an avoidable uterine rupture.

9.     EMMA TOWERY has sustained ongoing serious personal injuries, which are permanent in nature, suffered disfigurement, mental and physical pain and suffering, loss of future earning capacity, loss of future services and medical expenses for which Defendants are responsible.  Plaintiffs seek recovery for past losses and future losses.

WHEREFORE, the premises considered, the Plaintiffs demand judgment against Defendants in an amount exceeding SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00)

        s/David W. Van Meter
        OBA #13893
        Attorney for Plaintiff OBA#13893
        VAN METER LAW FIRM
        501 N. Walker, Ste. 120
        Oklahoma City, OK 73102
        (405) 228-4949
        (405) 228-4945 fax
        vanmeterlaw@sbcglobal.net

        Attorney for Plaintiffs
        Rebecca Towery-Campbell
        and Emma Towery